**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Nicole  Clayton-Morgan                    CHAPTER 13
                          Debtor(s)

                                                 BKY. NO. 25-10851 DJB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of SELENE FINANCE, LP and index same on the master mailing list.

        Respectfully submitted,

/s/ *Maggie Soboleski*
    Maggie Soboleski
    29 May 2026, 11:05:23, EDT

    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106-1532
    (215) 627-1322

Document ID: 6dc46176de0a9bd21341eeebd29f6740902c5cb05b5e247a0b3ce588138c8fa4