*Form 245* (3/23)–doc 41 – 40

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Nicole Clayton–Morgan | ) | Case No. 25–10851–djb |
| | ) | |
| | ) | |
|    Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## Notice to Take Action

Re:  Doc.# [40] Notice of Motion

The above pleading was filed in this office. Please be advised that the document(s) has (have) not been filed as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court:

- ☐ Affidavit
- ☐ Certificate of Service
- ☐ Certification of no response
- ☐ Notice pursuant to Rule 9019
- ☐ Notice pursuant to Rule 2002
- ☐ Notice pursuant to Rule 3007.1
- ☐ Proof of Claim number not noted on objection pursuant to Rule 3007.1(a)
- ☐ Proposed Order
- ☐ Stipulation
- ☐ Certification of Default
- ☑ Other –Please amend notice/hearing to July 23,2026 at 11:00am in courtroom2–to list properly with other Ch13 Judge Baker cases

In order for this matter to proceed to disposition, please submit the above noted item(s) to this office on or before June 26, 2026. Otherwise, the matter will be referred to the Court.

Date: June 22, 2026

For The Court

Mohung Wong
Clerk of Court