**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:        NICOLE CLAYTON-MORGAN        :Bankruptcy No.  25-10851
                                                                          :
                                                                          :
DEBTOR                                              :              CHAPTER 13

## CERTIFICATION OF SERVICE

I, Zachary Perlick, Esquire, attorney for the Debtor in the above-captioned matter, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

·Amended Schedule D

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 6/24/26                 /Zachary Perlick/
                                       Zachary Perlick, Esquire
                                       1420 Walnut Street, Suite 718
                                       Philadelphia, PA  19102
                                       (215) 569-2922
                                       zack@zacharyperlicklaw.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

KENNETH E. WEST, Esquire
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West Suite 701
Philadelphia, PA 19106

Via: X CM/ECF ___1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Via: X CM/ECF ___1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

Nicole Clayton-Morgan
3900 Ford Road, Unit #6O
Philadelphia, PA 19131
Debtor

Via: ___CM/ECF X 1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

Selene Finance, LP
Robertson, Anschutz, Schneid, Crane & Pa
13010 Morris Road., Suite 450
Alpharetta, GA 30004
sdicks@raslg.com
Creditor

Via: _X_ CM/ECF _1st Class Mail __Certified Mail _____e-mail:_____ __ Other: