**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Nicole Clayton-Morgan | | |
| | Debtor(s) | CHAPTER 13 |
| SELENE FINANCE, LP | | |
| | Movant | |
| vs. | | NO. 25-10851 DJB |
| Nicole Clayton-Morgan | | |
| | Debtor(s) | |
| Kenneth E. West | | |
| | Trustee | 11 U.S.C. Sections 362 |

**ORDER**

AND NOW, this         day of                   , 2026 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Movant is granted relief from the automatic stay as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, and the automatic stay is vacated and/or terminated with respect to the subject premises located at 1001 City Avenue,   Unit EE726, Wynnewood, PA 19096 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

Dated: July 23, 2026

_____
United States Bankruptcy Judge.