United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                      Case No. 25-10851-djb

Nicole Clayton-Morgan                                                     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 23, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Nicole Clayton-Morgan, 3900 Ford Road, Unit #6O, Philadelphia, PA 19131-2011 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor SELENE FINANCE LP msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| MARIO J. HANYON | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| SHERRI DICKS | on behalf of Creditor Selene Finance LP shrdlaw@outlook.com, shrdlaw@outlook.com |

District/off: 0313-2                                    User: admin                                         Page 2 of 2

Date Rcvd: Jul 23, 2026                                 Form ID: pdf900                                     Total Noticed: 1

United States Trustee

        USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK

        on behalf of Debtor Nicole Clayton-Morgan Perlick@verizon.net
        pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com


TOTAL: 8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Nicole Clayton-Morgan | | CHAPTER 13 |
| Debtor(s) | | |
| SELENE FINANCE, LP | | |
| Movant | | |
| vs. | | |
| | | NO. 25-10851 DJB |
| Nicole Clayton-Morgan | | |
| Debtor(s) | | |
| Kenneth E. West | | |
| Trustee | | 11 U.S.C. Sections 362 |

### ORDER

AND NOW, this         day of                  , 2026 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Movant is granted relief from the automatic stay as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, and the automatic stay is vacated and/or terminated with respect to the subject premises located at 1001 City Avenue,   Unit EE726, Wynnewood, PA 19096 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

Dated: July 23, 2026

_____
United States Bankruptcy Judge.